Rose Forame, as Administratrix, etc., of Giacomo Forame, Deceased, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

In the Matter of Supplementary Proceedings: Charles Gutkin, Assignee of George A. Colvin, Judgment Creditor, Respondent, v. Brooklyn Savings Bank, Third Party, Appellant, and Others, Judgment Debtors, Defendants.— In view of the disposition of the appeal herein (post, p. 739), decided herewith, the motion to dismiss the appeal is dismissed. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of Mary Wood Hogan, Appellant, v. Joseph J. Canavan and Others, Commissioners of the Division of Parole of the Executive Department of the State of New York, Respondents, for an Order of Certiorari to Review the Cause and Record of the Detention of Lewis Hogan.— Motion for reargument denied. The limited review given in section 212 of the Correction Law is not available to one imprisoned and whose parole is under consideration or has been acted upon, nor to one who has been again taken into custody and found delinquent. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

Angelina Mannina, Respondent, v. Margherita Mannina and Others, Appellants; Dominick Mannina, Defendant.— Motion for leave to appeal to the Appellate Division denied, without prejudice to an application to the Appellate Term for a modification of its order affirming an order of the City Court denying appellants' motion to vacate a default so as to provide that the order of the City Court is affirmed, without prejudice to a renewal of the motion to open the default. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

Edwin B. Moore, Respondent, v. United States Cremation Co., Ltd., Appellant.— In view of the disposition of the appeal herein (post, p. 743), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

John J. Beatty, Appellant, v. Dennis P. Healy, Respondent.— Judgment in favor of the defendant and against the plaintiff on the plaintiff's cause of action, and in favor of the defendant in the sum of $3,000 on his counterclaim for alleged defects in the construction of a building unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.